IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAYDEVI JOSHI<br><br>*Plaintiff,*<br><br>v.<br><br>PUBLIC CONSULTING GROUP, LLC<br><br>*Defendant.* | CIVIL ACTION NO. 22-1848 |

### STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii) AND LOCAL RULE 41.1(B)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1(b), the parties hereby stipulate by and through their counsel that the above-captioned matter is and shall hereby be dismissed, with prejudice, without costs or attorney's fees.

| CONSOLE MATTIACCI LAW, LLC | JACKSON LEWIS P.C. |
|---|---|
| BY: /s/ Daniel S. Orlow<br>DANIEL S. ORLOW<br>JONATHAN D. GILMAN<br>110 Marter Avenue, Ste. 502<br>Moorestown, NJ 08057<br>orlow@consolelaw.com<br>gilman@consolelaw.com<br><br>*Attorneys for Plaintiff* | BY: /s/ James M. McDonell<br>JAMES M. MCDONNELL<br>CODY C. HUBBS<br>200 Connell Drive, Suite 2000<br>Berkely Heights, NJ 07922<br>james.mcdonnell@jacksonlewis.com<br>cody.hubbs@jacksonlewis.com<br><br>*Attorneys for Defendant* |

Dated: September 18, 2023

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this Order, the case and docket shall be marked closed.

**IT IS SO ORDERED:**

_____
GEORGETTE CASTNER, U.S.D.J.  9/18/2023